# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br><br>DERRICK ANTHONY MOORE and<br>BETHANY McKEEL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:18-mj-00260-KFM<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of __Alaska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C | §§2113(a) and 2 |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

Signature Redacted

Wendy Terry, SA FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-26-2018

City and state: Anchorage, AK

/s/ Kevin F. McCoy
United States Magistrate Judge
Signature Redacted

**KEVIN F. McCOY**
United States Magistrate Judge